DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2013

| 453P13 | In the Matter of: A.H.L., E.C.L., and L.R.L., Juveniles | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA13-172) | Denied |
|---|---|---|---|
| 456P13 | In the Matter of: Lawrence Bullock, III | Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-149) | Denied |
| 459P13 | State v. John Edward Kuplen | 1. Def's *Pro Se* Motion to Suspend or Vary Rules of Procedure to File PDR and Associate Documents (COAP13-577)<br><br>2. Def's *Pro Se* Motion for PDR<br><br>3. Def's *Pro Se* Motion for NOA of Right<br><br>4. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>5. Def's *Pro Se* Motion for Suspension of Rules | 1. Dismissed as Moot<br><br>2. Dismissed<br><br>3. Dismissed *Ex Mero Motu*<br><br>4. Allowed<br><br>5. Dismiss as Moot |
| 464P13 | State v. Lawan Shante McGill El | 1. Def's *Pro Se* Motion for NOA (COAP13-695)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed *Ex Mero Motu*<br><br>2. Allowed |
| 466A13 | State v. Alphonso Ellis Kirkwood, Larell McDaniel | 1. Def's (McDaniel) NOA Based Upon a Constitutional Question (COA12-1359)<br><br>2. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Allowed |
| 467P13 | Charles Alonzo Tunstall-Bey v. Doctor Paula Smith, et al.; State of North Carolina | Petitioner's *Pro Se* Motion for NOA (COAP13-702) | Dismissed *Ex Mero Motu* |
| 468P13 | State v. Donald Jay Young | Def's *Pro Se* Motion for PDR (COAP13-693) | Dismissed |